UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES DAVENPORT,
an individual,
    Plaintiff,

v.                                                                                                    Case No. 3:15-cv-1483-J-20JRK

STELLAR RECOVERY, INC.,
a Florida profit corporation,
    Defendant.
_____/

## ORDER

This cause is before this Court on the parties "Notice of Pending Settlement" (Dkt. 26) that indicates the parties have reached a conditional settlement regarding all the claims in this case. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED and ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 29th day of November, 2017.

                                                      HARVEY E. SCHLESINGER
                                                     UNITED STATES DISTRICT JUDGE

Copies to:
Aaron M. Swift, Esq.
Alison N. Emery, Esq.